UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                  Crim. No. 24-69 (PAM/JFD)

        Plaintiff,

v.                                                                          **AMENDED ORDER**

Deonta Lanllie Denton,

        Defendant.

---

This matter is before the Court on the Government's Motion for a Final Order of Forfeiture. (Docket No. 73.) Defendant agreed in the Plea Agreement to forfeit the described property (Docket No. 41), and on April 28, 2025, this Court ordered the preliminary forfeiture of the property. (Docket No. 47.)

The Government published a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on May 1, 2025, providing notice of the Government's intention to dispose of the property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property. No petitions were filed and the time for doing so has expired. See Fed. R. Crim. P 32.2(c) and 21 U.S.C. § 853(n)(2).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Government's Motion for a Final Order of Forfeiture (Docket No. 73) is **GRANTED**;

2. All right, title and interest in the ammunition seized with the Girsan Regard Six 9mm semiautomatic pistol with serial number T6368-20A16378 and the extended magazine and ammunition seized therewith ("the property") is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and

3. The Government shall dispose of the property in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 28, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge